IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12-CR-00016-DPM |
| | ) | |
| MICAH STAFFORD | ) | |

## ORDER

A hearing was held on the government's motion to revoke. The government's motion is denied in light of the defendant's full payment of his fine, payment of his special assessment, and his period of incarceration while awaiting an earlier revocation hearing. Also, in view of the foregoing, his period of probation is ended immediately.

IT IS SO ORDERED this  5   day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE